IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JAN 12 PM 1:34
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY

SIDNEY CAMERON,
       Plaintiff,

-vs-

LIBERTY INSURANCE CORPORATION and TONI ANGELLO,
       Defendants.

CAUSE NO.:
A-16-CA-01141-SS

# ORDER OF REMAND

BE IT REMEMBERED on this day the Court entered its order granting Plaintiff Sidney Cameron's motion to remand, and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that this case is REMANDED to the 98th Judicial District Court of Travis County, Texas, where it originated as Cause Number D-1-GN-16-004261.

SIGNED this the 12th day of January 2017.

                                                        Sam Sparks
                                                   SAM SPARKS
                                                   UNITED STATES DISTRICT JUDGE